IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


DANIEL J. LEVITAN, et al.,
        Petitioners,

vs.                                                    Case No. 3:04cv198/RV/EMT

DONALD BAUKNECHT, Warden,
        Respondent.
                                                    /

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 2, 2005.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (Doc. 1) is **DENIED** and the clerk is directed to close the file.


**DONE AND ORDERED** this 12th day of August, 2005.


/s/ *Roger Vinson*
**ROGER VINSON**
**UNITED STATES SENIOR JUDGE**